**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number   2025-CA-0198

Theresa McCray and Denise M. Williams, individually and as
Co-Administratrixes of the Succession of Johnny McCray,
Sr., Marva McCray Gordon, Meatha McCray Winbush,
Marlies McCray Mitchell, Marvin McCray, II, Dr. James
McCray Jr., individually and as Trust

- - Versus - -

Arcosa Aggregates Gulf Coast, LLC, David Spiess/Britton
Cross, LLC and David E. Spiess, LLC

19th Judicial District Court
Case #: 745906
East Baton Rouge Parish

On Application for Rehearing filed on   10/24/2025 by Theresa McCray, et al

Rehearing _____ Deny _____

_____
Steven M. Miller

_____
Blair D. Edwards

_____
Wilson E. Fields

Date   **NOV 0 6 2025**

_____
Rodd Naquin, Clerk